NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CAO LIGHTING, INC.,**
*Appellant*

**v.**

**WOLFSPEED, INC., CREE LIGHTING USA LLC F/K/A IDEAL INDUSTRIES LIGHTING LLC, LEDVANCE LLC, GENERAL ELECTRIC COMPANY, CONSUMER LIGHTING (U.S.), LLC, DBA GE LIGHTING, CURRENT LIGHTING SOLUTIONS, LLC, OSRAM SYLVANIA, INC., FEIT ELECTRIC COMPANY, INC.,**
*Cross-Appellants*

---

2024-1194, 2024-1221

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-00847, IPR2023-00123, IPR2023-00129.

-------------------------------------------------

**CAO LIGHTING, INC.,**
*Appellant*

**v.**

**WOLFSPEED, INC., CREE LIGHTING USA LLC**

**F/K/A IDEAL INDUSTRIES LIGHTING LLC,**
*Cross-Appellants*

———————————

2024-1222, 2024-1223

———————————

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-00848.

———————————

**JUDGMENT**

———————————

RONALD E. CAHILL, Barnes & Thornburg LLP, Boston, MA, argued for appellant. Also represented by HEATHER B. REPICKY; PAUL B. HUNT, JOSHUA PAUL LARSEN, TODD VARE, Indianapolis, IN.

JOHN C. ALEMANNI, Kilpatrick Townsend & Stockton LLP, Raleigh, NC, argued for all cross-appellants. Cross-appellants Cree Lighting USA LLC, Wolfspeed, Inc. also represented by MATIAS FERRARIO, Winston-Salem, NC; ANDREW N. SAUL, Atlanta, GA.

KEVIN P. MARTIN, Goodwin Procter LLP, Boston, MA, for cross-appellants Consumer Lighting (U.S.), LLC, Current Lighting Solutions, LLC, General Electric Company, LEDVANCE LLC, Osram Sylvania, Inc. Also represented by BRIAN DRUMMOND, SRIKANTH K. REDDY; SANJEET DUTTA, Redwood City, CA. Cross-appellants Consumer Lighting (U.S.), LLC, General Electric Company also represented by CATHERINE GARZA, Norton Rose Fulbright US LLP, Austin, TX; ARTHUR P. LICYGIEWICZ, Dallas, TX. Cross-appellant Current Lighting Solutions, LLC also represented by FRANK A. ANGILERI, THOMAS W. CUNNINGHAM, JOHN P. RONDINI, Brooks Kushman PC, Royal Oak, MI.

Cross-appellant Osram Sylvania, Inc. also represented by MARK A. HANNEMANN, Troutman Pepper Locke LLP, New York, NY.

RYAN DYKAL, Boies Schiller Flexner LLP, Washington, DC, for cross-appellant Feit Electric Company, Inc. Also represented by MARK SCHAFER; MAXWELL C. MCGRAW, Shook, Hardy & Bacon, LLP, Kansas City, MO; AMELIA ELIZABETH MURRAY, Chicago, IL.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, TARANTO, and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 5, 2025
Date

Jarrett B. Perlow
Clerk of Court